RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE / / 11 / 2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EDWARD MURPHY<br>LA. DOC #305035<br>VS. | CIVIL ACTION NO. 09-1410<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| LOUISIANA PAROLE BOARD | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 5];

**IT IS ORDERED** that Plaintiff's claims for monetary relief be **DISMISSED WITH PREJUDICE** since Plaintiff seeks such relief from Defendants who are immune from suit pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii);

**IT IS ORDERED** that Plaintiff's claims for declaratory and injunctive relief be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 8 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE